Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GEORGE HAINES

E-filing
ORIGINAL FILED
2010 AUG -5 P 3:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 10 3439

GEORGE HAINES,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

    Defendant.

Case No.:

COMPLAINT AND DEMAND FOR JURY TRIAL

(Unlawful Debt Collection Practices)

## COMPLAINT

Plaintiff, GEORGE HAINES (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PINNACLE FINANCIAL GROUP, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

PLAINTIFF'S COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in El Sobrante, Contra Costa County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Minneapolis, Minnesota.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Washington Mutual, with an account number ending in -8961.

12. Plaintiff's alleged debt owed to Washington Mutual arises from transactions for personal, family, and household purposes.

13. On March 13, 2009, Plaintiff sent Defendant a cease and desist letter. (See Exhibit A).

14. On March 13, 2009, Plaintiff sent Defendant a notice of representation letter. (See Exhibit A).

15. Despite receiving Plaintiff's letter (Exhibit A), Defendant communicated with Plaintiff

PLAINTIFF'S COMPLAINT

after March 13, 2009, in an attempt to collect a debt. (See Defendant's letter to Plaintiff dated August 10, 2009, attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

   b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

WHEREFORE, Plaintiff, GEORGE HAINES, respectfully requests judgment be entered against Defendant, PINNACLE FINANCIAL GROUP, INC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

   a. Defendant violated the *§1788.14(c)* of the RFDCPA by communicating with

1  Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

2  b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, GEORGE HAINES, respectfully requests judgment be entered against Defendant, PINNACLE FINANCIAL GROUP, INC., for the following:

22. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

24. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, GEORGE HAINES, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: August 4, 2010              KROHN & MOSS, LTD.

By: _____

Michael S. Agruss
Attorney for Plaintiff,
GEORGE HAINES

- 4 -

PLAINTIFF'S COMPLAINT

# Exhibit A

PLAINTIFF'S COMPLAINT



13 March 2009

Page 1 of 3

Collections Manager
Pinnacle Financial Group, INC.
7825 Washington Ave South Ste 410
Minneapolis, MN 55439

Re: George Haines Jr. & Lorraine Haines
Your file or reference No. [REDACTED] Washington Mutual
Our file No.: 9095

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a **cease and desist order** signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Very truly yours,

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc: George Haines Jr. & Lorraine Haines

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

# **Exhibit B**

PLAINTIFF'S COMPLAINT

Dept 673
PO Box 4115
Concord, CA 94524

August 10, 2009

Address Service Requested

#BWNFTZF #PCG1809652809083#

GEORGE W HAINES,

| IF PAYING USING CHECK BY PHONE PLEASE INCLUDE YOUR ABA AND ROUTING INFORMATION. | | |
|---|---|---|
| IF PAYING BY MASTERCARD OR VISA FILL OUT BELOW. | | |
| Check Card Using For Payment ☐ ☐ ☐ | | WASHINGTON MUTUAL |
| Reference # : IMP209 | Balance Due : | Statement Date: August 10, 2009 |
| Card Number | | Amount |
| Signature | | Exp. Date |
| Print Name | | CVS Code |

PINNACLE FINANCIAL GROUP
7825 Washington Ave S Ste 310
Minneapolis, MN 55439-2409

***Detach Upper Portion and Return with Payment***

**YOUR ACCOUNT HAS BEEN RECEIVED FOR COLLECTION**

*SPECIAL SETTLEMENT OFFER*

Your account has been assigned to this agency for collection. Please contact this office to discuss a generous settlement in full offer authorized by our client. We are not obligated to renew this offer.


ACA
The Association of Credit and Collection Professionals

1) Detach the upper portion of this letter and return with payment using the enclosed envelope.

OR

2) Please contact our office at 1-877-540-3704 to explore the options that are available to you.

OR

3) You may use any of the following services to pay:

WESTERN UNION | QUICK COLLECT         CHECK BY PHONE IS ACCEPTED

Sincerely,


PINNACLE FINANCIAL GROUP
Collector # 1-877-540-3704

| Creditor | Account # | Current Balance |
|---|---|---|
| SW WASHINGTON MUTUAL RETAIL BA | | |

Balance Due................>

Hours of Operation: Monday - Friday 7a.m. to 9p.m. CST • Saturday 7a.m. to 11a.m. CST • Sunday 5p.m. to 9p.m. CST

NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

PCGD3-0810H301903-TJRG-2 986

When you provide a check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process this transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the date written on the check and you will not receive your check back from your financial institution.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

California Residents:
As required by law, you are hereby notified that a negative credit agency report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors my not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

Colorado Residents:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADOMAIN.CFM.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Massachusetts Residents:
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

Minnesota Residents:
This collection agency is licensed by the Minnesota Department of Commerce.

Tennessee Residents:
This collection agency is licensed by the Collection Service Board of the State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243.

New York Residents:
The agency's New York City Department of Consumer Affairs license number is 1129611.

North Carolina Residents:
North Carolina Department of Insurance permit number:3763

Utah Residents:
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Wisconsin Residents:
This collection agency is licensed by the Office of the Administrator of the Division of Banking, P. O. Box 7876, Madison, Wisconsin 53707