Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GEORGE HAINES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE HAINES, <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE FINANCIAL GROUP, INC <br><br> Defendant. | Case No.: 4:10-cv-03439-PJH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GEORGE HAINES, against Defendant, PINNACLE FINANCIAL GROUP, INC, in the above-captioned proceeding are hereby dismissed, with prejudice.

IT IS SO STIPULATED:

Dated: April 28, 2011          KROHN & MOSS LTD

/s/ *Michael S. Agruss*
Michael S. Agruss, Esq.
Attorney for Plaintiff,
GEORGE HAINES

Dated: April 28, 2011          HINSHAW & CULBERTSON LLP

/s/ *David Ian Dalby*
David Ian Dalby
Attorney for Defendant
PINNACLE FINANCIAL GROUP, INC

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

1

---

Stipulation of Dismissal and [Proposed] Order

3002751v1  0916097  71173